FILED - GR
December 13, 2022 4:33 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /2-14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JENNIFER ROBERTSON and
MICHELLE McALLISTER,

        Defendants.
_____/

1:22-cr-172

Hala Y. Jarbou
Chief U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**Conspiracy to Possess, Transport, and Traffic in Stolen Medical Products**

From on or about August 25, 2017 through on or about November 18, 2019, in Calhoun and Hillsdale Counties, in the Southern Division of the Western District of Michigan, and elsewhere,

JENNIFER ROBERTSON
and
MICHELLE McALLISTER,

in or using any means or facility of interstate or foreign commerce, conspired with each other, Steven William Anderson, Jr., and others known and unknown, to knowingly possess, transport, and traffic in pre-retail medical products with a value greater than $5,000 that were involved in violations of 18 U.S.C. §§ 670(a)(1) and 670(a)(3), namely, diabetic test strips that ROBERTSON stole from the Battle Creek VA Medical Center in Calhoun County, Michigan, and which ROBERTSON, McALLISTER, and Anderson then knowingly possessed, transported, and trafficked.

## OBJECT, MEANS, AND METHODS

1. The object of the conspiracy was for Anderson, McALLISTER, and ROBERTSON to unlawfully enrich themselves by stealing and distributing diabetic test strips.

2. The participants in the conspiracy accomplished this object by stealing diabetic test strips, and by knowingly buying, selling, possessing, transporting, and trafficking diabetic test strips that had been stolen.

3. ROBERTSON stole diabetic test strips from her place of employment, which was the Battle Creek VA Medical Center in Calhoun County, Michigan.

4. ROBERTSON and McALLISTER used electronic messages to arrange in-person hand-to-hand transactions, in which McALLISTER paid ROBERTSON cash in exchange for stolen diabetic test strips.

5. Meanwhile, Anderson communicated with McALLISTER for the purpose of discussing and arranging further transactions in the same stolen diabetic test strips. Pursuant to those communications, after McALLISTER obtained stolen diabetic test strips from ROBERTSON, she shipped them to Anderson in Pennsylvania, in exchange for electronic and wire payments.

18 U.S.C. §§ 670(a)(1, 3, 6), (b)(1), (c)(2), (e)(1–3, 6)
21 U.S.C. § 321(h)(1)
21 C.F.R. § 862.1345

                                    MARK A. TOTTEN
                                    United States Attorney

Date:  December 13, 2022        _____
                                    PATRICK J. CASTLE
                                    Assistant United States Attorney